# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1107
Lower Tribunal No. 1998-CA-000690-0001-XX

_____

ELL-CAP/DIVERSIFIED 75-NAPLES ESTATES, MHC OPERATING LIMITED PARTNERSHIP, and MANUFACTURED HOME COMMUNITIES, INC.,

Appellants,

v.

NAPLES ESTATES HOMEOWNERS ASSOCIATION, INC.,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Joseph G. Foster, Judge.

April 23, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, BROWNLEE and GANNAM, JJ., concur.


Raymond T. Elligett, Jr., and Amy S. Farrior, of Buell & Elligett, P.A., Tampa, and J. Allen Bobo and J. Matthew Bobo, of Lutz, Bobo & Telfair, P.A., Sarasota, for Appellants.

Margaret E. Kozan, of Margaret E. Kozan, P.A., Winter Park, and August J. Stanton, III, of Gasdick Stanton Early, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED